UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-cv-87-RLY-WGH |
| | ) | |
| $24,902.00 UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BRIAN L. MAGNUSSEN, | ) | |
| | ) | |
| Claimant. | ) | |

## ORDER DENYING MOTION FOR
## SUMMARY JUDGMENT

On January 23, 2006, a Motion for Summary Judgment was filed by the plaintiff, United States of America. The claimant, Brian Magnussen, filed a Response in Opposition on February 27, 2006. No reply brief has been filed.

In this forfeiture case, the claimant's response in opposition found at Docket No. 21 creates a genuine issue of fact as to whether the funds found in the safe were proceeds from drug transactions or from the claimant's employment as a professional gambler. Because there are disputed facts, summary judgment is not proper and is **DENIED.** This matter remains set for trial before the court on August 14, 2006. The alternate trial setting of March 13, 2006, is **VACATED.**

Thereupon the following additional **ORDERS** are entered:

1.  A **FINAL PRE-TRIAL CONFERENCE** is set for **WEDNESDAY, AUGUST 2, 2006,** at 3:00 p.m., Evansville time (CDT), before the Magistrate Judge in Room 328, Federal Building, Evansville, Indiana.  All attorneys are to be present in person at this conference.  Client(s) or client representative(s) with full authority to settle this case are to be available either in person or by telephone.

2.  The parties are to comply with the final pre-trial preparation set out at paragraphs 4 and 5 in the Magistrate Judge's Order on Telephonic Status Conference entered November 23, 2006, at Docket No. 11.  The parties shall now meet in person to pre-mark and exchange all exhibits on or before July 24, 2006.  All final pre-trial filings are now due August 2, 2006.

**SO ORDERED.**

**Dated:**  03/09/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Electronic copies to:**

Jeffery L. Lantz
LANTZ LAW OFFICE
attylantz@yahoo.com

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE
winfield.ong@usdoj.gov